■ JOHN ADIUTORI et al., Appellants, v DANIEL KLEPAK, as Commissioner of the Division of Substance Abuse Services, et al., Respondents.— Appeal from a judgment of the Supreme Court at Special Term, entered September 18, 1978 in Albany County, which granted defendants' motion to dismiss the complaint. Judgment affirmed, without costs. (See *Matter of Plummer v Klepak,* 48 NY2d 486; *Matter of Flemming v Cagliostro,* 53 AD2d 187, mot for lv to app den 40 NY2d 806.) Mahoney, P. J., Greenblott, Main, Mikoll and Casey, JJ., concur.